AO 91 (Rev. 11/11) Criminal Complaint                              AUSA Jill Kolinski (312) 353-4129

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

DINIKA LAWRENCE

CASE NUMBER:
**UNDER SEAL**

**17CR 226**

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE FINNEGAN

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about June 23, 2016, at Riverdale, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person and presence of a bank employee approximately $20,000 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 244 W. 144th St., Riverdale, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

### COUNT TWO

On or about September 9, 2016, at Riverdale, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person and presence of a bank employee approximately $60,000 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 244 W. 144th St., |

Riverdale, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

## COUNT THREE

On or about March 24, 2017, at Palos Heights, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, attempted to take from the person and presence of a bank employee United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 12657 S. Ridgeland Ave, Palos Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

_____
BRIAN CLARK
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: April 6, 2017

_____
Judge's signature

City and state: Chicago, Illinois

SHEILA FINNEGAN, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

ss

## AFFIDAVIT

I, BRIAN CLARK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for 14 years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that DINIKA LAWRENCE has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LAWRENCE with bank robbery and attempted bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

3. The statements in this affidavit are based on my personal knowledge, interviews of witnesses, surveillance images, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

**Summary**

4. As described below, LAWRENCE robbed a Chase Bank in Riverdale on two occasions in 2016 and attempted to rob a Chase Bank in Palos Heights on one occasion in 2017. In all three instances, the female robber was observed on bank video surveillance walking with a limp, wearing a long, draped dress or robe, and a headscarf with only her eyes showing. As set forth below, the evidence identifying LAWRENCE as the robber includes but is not limited to information from a tipster who knew LAWRENCE personally and identified her as the robber; witness statements and identifications; observations of bank surveillance footage; and a search of the vehicle used in the attempted robbery, which was sold to LAWRENCE and her husband, and in which law enforcement found a scarf matching the one worn by the robber in the Palos Heights bank robbery.

**Robbery of Chase Bank in Riverdale, Illinois, on June 23, 2016**

5. According to bank surveillance video, as well as information provided by bank personnel, on or about June 23, 2016, at approximately 3:42 p.m., the Chase bank branch located at 244 W. 144th St, Riverdale, Illinois, ("Chase Riverdale") was robbed by a female (the "robber").

6. According to a bank employee ("Witness A"), the robber entered the bank and approached Witness A under the pretense of conducting a banking transaction. According to Witness A, s/he and the robber went into a cubicle wherein the robber presented Witness A with a demand note which read something to the effect of "stay calm, I have a bomb strapped to me, men from ISIS are holding my kids

2

hostage three blocks from here, the timer is set for 12 minutes, I need $20,000 in $20s." According to Witness A, the note had more writing on it about how the robber's kids were being held hostage and the men would kill them and it warned Witness A not to push any buttons. According to Witness A, the robber then told Witness A they were watching him/her with a camera, had a way to detonate the bomb, and not to press any alarms. According to Witness A, the robber showed him/her a black device that appeared to be a digital clock or timer hanging around her neck but did not let Witness A see the time on the device.

7. According to Witness A, s/he took the robber back to the rear area of the bank to talk with the bank manager ("Witness B") and get the money. According to Witness A, the robber took the demand note back from Witness B, and asked for a bag for the money. The robber remained in the lobby area and waited at the last teller window. The robber was given $20,000 in $20 bills through the pass through window in the teller line. The robber asked if there was "anything in it" which Witness A understood to mean the robber wanted to know if there was an anti-theft device on the money. According to Witness A, the robber then exited the bank.

8. According to the Federal Deposit Insurance Corporation (FDIC), at the time of the robbery, Chase Riverdale was insured by the FDIC. According to Chase Riverdale, the branch suffered a loss of approximately $20,000 as a result of the robbery.

9. Witness A described the robber to your affiant as a Middle Eastern female, 5'5", 130 pounds, in her late 20s or early 30s, dark complexion, brown eyes

3

with green eye shadow, wearing a purple scarf around her head which partially covered her face, a purple jacket, and a black and white skirt. Witness A further told officers that the robber had a red dot on her forehead and spoke with a Middle Eastern accent.

10. Witness B described the robber to the FBI as a female, Middle Eastern, possibly Indian, or a black female dressed up to appear Middle Eastern/Indian, with a slight Middle Eastern accent, and red dot on her forehead.

11. Agents from the FBI recovered surveillance footage from Chase Riverdale related to the June 23, 2016, bank robbery. Based on my review of surveillance footage, I observed a female wearing a purple scarf and dark colored jacket and a black and white skirt enter Chase Riverdale and approach Witness A. I also observed the robber walk with Witness A to the back of the bank into Witness B's office. I observed the robber talking with Witness B and then take the robbery note back from Witness B. I observed the robber approach the teller counter and receive a bag through the pass through window at the teller counter, and then leave the bank. I further observed that the robber walked with a limp.

### Robbery of Chase Bank in Riverdale on September 9, 2016

12. According to bank surveillance footage as well as information provided by bank personnel, on or about September 9, 2016, at approximately 5:47 p.m., the Chase bank branch located at 244 W. 144th St, Riverdale, Illinois, (Chase Riverdale) was again robbed by a female (the robber).

13. According to a bank employee ("Witness C"), Witness C finished servicing a customer when s/he looked up and observed the robber in the bank lobby. According to Witness C, the robber stated something to the effect of "I have a bomb; you have two minutes to give me $100,000." According to Witness C, s/he told the robber s/he needed to get money from behind the teller line. According to Witness C, s/he and another bank employee entered the bank vault and removed money from the vault. According to Witness C, the money was placed in a plastic bag and passed to the robber through the pass through window. Before the robber took the money, Witness C stated the robber said she did not want any marked money. According to Witness C, the robber took the money and left the bank.

14. According to the FDIC, at the time of the robbery, Chase Riverdale was insured by the FDIC.

15. Witness C described the robber to the FBI as a female, approximately 5' tall with her face covered by a pink scarf that exposed her eyes with heavy blue eye shadow.

16. According to another bank employee who was working at Chase Riverdale at the time of the robbery ("Witness D"), the robber approached Witness D's teller station and told him/her that she had a bomb and not to push any buttons. When Witness D told the robber that s/he did not see anything, the robber opened her sweater and displayed a white pager like device that hung from a nylon like cord around her neck. According to Witness D, the robber walked with a limp. According to Witness D, while Witness C was getting the money for the robber, the robber was

counting down and told Witness D they had two minutes and then one minute. Witness D stated s/he observed Witness C and another bank employee give the money to the robber.

17. Witness A, who was working at Chase Riverdale on June 23, 2016, at the time of the first robbery also, was working at Chase Riverdale at the time of the robbery on September 9, 2016. Witness A told law enforcement that s/he looked up and saw the robber with a pink scarf covering her face. According to Witness A, the robber appeared to be the same person who robbed Chase Riverdale on June 23, 2016. According to Witness A, s/he heard the robber speak and stated it was the same accent as s/he heard from the robber on June 23, 2016. According to Witness A, the robber took money and then exited the bank. Witness A stated that s/he saw the robber walk with a limp.

18. According to employees at Chase Riverdale, an audit conducted by Chase Riverdale following the robbery revealed the robber was given approximately $66,000.

19. Agents recovered surveillance footage from Chase Riverdale related to the September 9, 2016, bank robbery. Based on my review of the surveillance footage, I observed an individual wearing a pink scarf, purple shirt and a white skirt carrying a blue item, enter Chase Riverdale and approach Witness C. I observed the robber walk with Witness C to the back of the bank. I observed the robber approach the teller counter and appear to converse with another employee while money was obtained by bank employees from the vault. I observed a white cord around the neck

of the robber. I observed the robber receive a bag through the pass through window at the teller counter and then leave the bank. I also observed that the robber appeared to walk with a limp.

### Attempted Robbery of Chase Bank in Palos Heights, Illinois, on March 24, 2017

20. According to bank surveillance footage, as well as information obtained from bank personnel, on or about March 24, 2017, at approximately 5:30 p.m., a female (the robber) attempted to rob the Chase Bank branch located at 12657 S. Ridgeland Ave, Palos Heights, Illinois ("Chase Palos Heights").

21. According to the Federal Deposit Insurance Corporation (FDIC), Chase Palos Heights deposits at that time were insured by the FDIC.

22. According to a Chase Palos Heights employee ("Witness E"), Witness E was working behind the teller counter on March 24, 2017, when a female dressed in multicolored clothing, whose face was covered in multicolored scarves, approached Witness E's teller window and presented a demand note. According to Witness E, the note had writing on it and Witness E backed away from the window, and the robber stated something to the effect of, "Give me everything." Witness E continued to back away and pressed the alarm button. According to Witness E, after a short time, the robber took the note with her and walked out of the bank without receiving any money.

23. According to Witness E, when the suspect exited the bank, she entered a tan/gold older model vehicle that appeared to Witness E to be a Mercury Grand Marquis or similar vehicle, and the vehicle then left the area. Another bank employee

("Witness F") told law enforcement that, prior to the attempted robbery, Witness F observed an old tan/gold colored vehicle that appeared to be a Grand Marquis or similar type of vehicle with no license plate and plastic covering over a rear side window, back into a parking space near the door of Chase bank. According to Witness F, the vehicle sat parked in the space for several minutes before anyone exited the vehicle. According to Witness F, s/he thought this car was suspicious so Witness F went into the back room of the bank to watch the security camera monitor. According to Witness F, s/he observed a female dressed in multicolored clothing, whose face was covered in a multicolored scarf, enter the bank. Witness F stated s/he then watched the female attempt to rob the bank from the bank surveillance system.

24. Witness E described the robber to Palos Heights Police Officers as a female, approximately 5'5", with a slender build, olive skin, and brown eyes. According to Witness E, the robber was carrying a large brown handbag. Witness E also stated that the robber appeared to walk with a limp.

25. Agents recovered surveillance footage from Chase Palos Heights related to the March 24, 2017, attempted bank robbery. Based on my review of the surveillance footage, I observed an individual wearing a scarf and multicolored clothing and carried what appeared to be a brown bag that was open, exit the passenger side front door of a vehicle backed into a parking spot near the entry doors of the bank.

26. In the video surveillance footage, I observed that the suspect walked with a limp and appeared to dress in the same manner as the robber in the June 23,

8

and September 9, 2016, robberies. I also observed that the robber appeared to have the same physical characteristics as the robber in the June 23, and September 9, 2016, robberies. In the video surveillance footage, I observed the suspect enter Chase Palos Heights, walk up to the teller counter and present a piece of paper. I also observed the suspect exit Chase Palos Heights and enter the vehicle front passenger door of the vehicle parked near the entry doors and the vehicle exited the parking lot.

### Identification of LAWRENCE

27.  According to the Palos Heights Police Department, on or about March 24, 2017, at approximately 4:53 p.m. (about 40 minutes prior to the attempted robbery), an individual ("Witness G") contacted Palos Heights Police Department through a 911 call to report a suspicious vehicle in the 6500 block of 126th Place, Palos Heights, Illinois, which is on the same block as Chase Palos Heights. According to law enforcement, Witness G described the vehicle as a beat up tan car with tape on the windows with no license plate. According to Witness G, the driver of the vehicle was a large black male and the passenger was a black individual but smaller than the driver of the vehicle; Witness G could not determine the gender of the passenger.

28.  According to Calumet City Police Department, on or about March 29, 2017, at approximately 12:12 a.m., the clerk from the Walgreens located at 522 Torrence Ave, in Calumet City, called 911 to report a robbery. According to the clerk, a black male wearing all black entered the Walgreens, reached over the counter, and grabbed $60.00 out of the register before fleeing the store and getting into a gold colored vehicle. According to officers with the Dolton Police Department, they spotted

a vehicle matching the description of the one involved in the Walgreen's robbery, specifically, a tan colored 1997 Ford Crown Victoria. According to Dolton Police, they curbed the vehicle and placed the driver, a black male referred to here as suspect 2, under arrest after the manager of the Walgreens in Calumet City positively identified the male as the person who robbed the store on March 29, 2017, at 12:12 a.m.

29. According to law enforcement, a female was present as a passenger in 1997 Ford Crown Victoria at the time it was curbed by Dolton Police Department. The female was identified by police as LAWRENCE. According to Illinois Secretary of State records, LAWRENCE is approximately 28 years old, 5'6", approximately 140 pounds, with brown hair and brown eyes.

30. The Calumet City Police Department impounded the Ford Crown Victoria following the arrest of suspect 2. The vehicle was towed to a tow lot in Calumet City, Illinois. Based on the description of the vehicle, driver and passenger, Riverdale Police Department alerted your affiant that a vehicle matching the description of the vehicle used in the attempted robbery of the Chase Palos Heights had been impounded by the Calumet City Police Department.

31. On or about March 29, 2017, your affiant went to the tow lot and observed the 1997 Crown Victoria and took photographs of the vehicle. The vehicle did not have any license plates on the exterior and was observed to have plastic taped over two rear passenger windows. Based upon my review of the Chase Palos Heights surveillance images, descriptions provided by witnesses and my observations of the

vehicle, I believed that the 1997 Crown Victoria matched the description of the vehicle used in the attempted robbery of the Chase Palos Heights.

32. According to the Palos Heights Police Department, on or about March 29, 2017, Witness G was shown photographs of the 1997 Ford Crown Victoria and positively identified it as the vehicle s/he observed on or about March 24, 2017, in the 6500 block of W. 126th Place, Palos Heights.

33. According to the Palos Heights Police Department, on or about March 30, 2017, Witness F (the Chase Palos Heights employee) was shown photographs of the 1997 Ford Crown Victoria and positively identified it as the vehicle s/he observed in the parking lot of Chase Palos Heights just prior to the attempted robbery on March 24, 2017.

34. On March 31, 2017, the FBI obtained a warrant in the United Stated District Court, Northern District of Illinois, to search the 1997 Ford Crown Victoria. The search warrant was executed by your affiant and others on March 31, 2017. During the search of the vehicle, law enforcement found a multicolored scarf stuffed into the pocket on the back of the driver's seat that appeared to be the same scarf worn by the robber as seen in the video surveillance footage from Chase Palos Heights on March 24, 2017. The scarf was seized from the vehicle and is now in FBI custody.

35. On March 29, 2017, the FBI interviewed an individual ("Witness H") at an auto repair shop in Dolton, Illinois. Witness H was shown LAWRENCE'S and suspect 2's driver's license photographs and identified them as a husband and wife who are customers of his/her shop. According to Witness H, suspect 2 had recently

asked Witness H if s/he could quickly get him a vehicle. Witness H stated s/he agreed to sell suspect 2 the 1997 Crown Victoria. According to Witness H, on March 20, 2017, Witness H drove the 1997 Ford Crown Victoria to the intersection of 144th and Indiana in Dolton, Illinois, to pick up suspect 2 and LAWRENCE. Upon arriving there, suspect 2 was already there. LAWRENCE was observed by Witness H walking to the vehicle, limping and using a walker. According to Witness H, s/he drove them back to the auto repair shop and transferred the ownership to suspect 2 and both suspect 2 and LAWRENCE drove off in the 1997 Ford Crown Victoria.

### Identification of the Robber by Tipster 1

36. On March 29, 2017, your affiant telephonically interviewed an individual ("Tipster 1") who contacted the FBI's public access line on that date and reported s/he knew the identity of the individual who attempted to rob Chase Palos Heights on March 24, 2017, and robbed Chase Riverdale on June 23, 2016, and on September 9, 2016. Tipster 1 provided the identity of the robber as DINIKA WALKER with a date of birth in 1989, during his/her initial call to the FBI[1]. According to my review of LAWRENCE's information in a commercial database, LAWRENCE is listed in the database as also going by the name of DINIKA WALKER. Tipster 1 stated s/he personally knew LAWRENCE and used to be close friends with LAWRENCE when LAWRENCE lived in Mississippi. Tipster 1 stated that s/he recognized LAWRENCE as the robber in the still surveillance photographs

---

[1] During the call to the FBI, Tipster 1 provided a month and date of birth as well, which have been redacted for privacy purposes. The month, date, and year of birth for WALKER provided by Tipster 1 match WALKER'S date of birth in Illinois Secretary of State records.

posted on-line in a news article. During the telephonic interview, Tipster 1 was directed to the FBI operated website, bandittrackerchicago.com, to review the three still surveillance images posted from the three robberies (namely, the June 23, 2016, and September 9, 2016 robberies and the March 24, 2017 attempted robbery). Tipster 1 stated the individual in the all the photographs was LAWRENCE. Tipster 1 further stated that LAWRENCE walks with a limp as LAWRENCE was shot, along with her husband, several years ago and needed therapy to walk again.

37. On March 30, 2017, an FBI agent interviewed Tipster 1 in person. During the interview, Tipster 1 was shown LAWRENCE's driver's license photograph and Tipster 1 positively identified LAWRENCE as Dinika Walker. Tipster 1 also was shown suspect 2's driver's license photograph, who Tipster 1 identified as LAWRENCE'S husband. Tipster 1 looked at still surveillance images from the three robberies and positively identified LAWRENCE as the robber of Chase Riverdale on June 23, 2016, and Chase Palos Heights on March 24, 2017, but was not able to unequivocally identify the person in the surveillance image of the of the robber of Chase Riverdale on September 9, 2016.

38. Based on the above information, there is probable cause to believe DINIKA LAWRENCE robbed the Chase Bank located at 244 W. 144th Street, Riverdale, Illinois on June 23, 2016 and September 9, 2016, and attempted to rob the Chase Bank located at 12657 S. Ridgeland Ave, Palos Heights, Illinois, on March 24, 2017, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
BRIAN CLARK
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on April 6, 2017.

_____
SHEILA FINNEGAN
United States Magistrate Judge